IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

THERESA CHILCOTE,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

No. 3:12-cv-421-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

    I agree with Magistrate Judge Clarke that the ALJ erred in

1 - ORDER

finding that plaintiff's ulnar nerve irritation was not severe, and that the ALJ's error was not harmless. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#18) is adopted. The decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

DATED this 14 day of May, 2013.

/s/ Owen M. Panner

OWEN M. PANNER
U.S. DISTRICT JUDGE