IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

THERESA CHILCOTE,

      Plaintiff,

No. 3:12-cv-421-CL

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

**ORDER**

      Defendant.

---

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review legal principles *de novo*. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007).

    I agree with Magistrate Judge Clarke that plaintiff's attorney is entitled to the requested fees under 42 U.S.C. §

1 - ORDER

406(b). Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#26) is adopted. Plaintiff's unopposed motion for attorney's fees under 42 U.S.C. § 406(b) (#25) is granted.

IT IS SO ORDERED.

DATED this 21 day of May, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER